*In re* Estate of HARRY L. KENT, Deceased—(JOHN E. GOLDEN, Admr. of the Estate of HARRY L. KENT, Deceased, Petitioner-Appellee, *v.* DONALD ROSENBERG, Father and Next Friend of GREGORY ROSENBERG, a Minor, Respondent-Appellant.)

(No. 57026; )

First District (3rd Division)—June 21, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

Daniel Nagle, of Chicago, for appellant.

Jerome H. Torshen, Robert A. Skirnick, and Thomas A. Prydek, and Garretson and Santora, all of Chicago, for appellee.